

**IN THE**
**TENTH COURT OF APPEALS**

_____

**No. 10-16-00205-CV**

**IN RE PETROMAX OPERATING CO., INC.**

_____

**Original Proceeding**

---

**MEMORANDUM  OPINION**

---

Relator, Petromax Operating Inc., filed an unopposed motion to dismiss the petition for mandamus.  *See* TEX. R. APP. P. 42.1(a)(1).  Relator indicates that the parties have settled all claims between them.  Dismissal of this petition would not prevent a party from seeking relief to which it would otherwise be entitled.  The motion is granted, and the petition for writ of mandamus is dismissed.


AL SCOGGINS
Justice

Before Justice Davis,
    Justice Scoggins, and
    Judge B. Michael Chitty[1]
Motion granted; petition dismissed
Opinion delivered and filed February 1, 2017
[OT06]



---

[1] The Honorable Judge B. Michael Chitty, Judge of the 422nd District Court, sitting by assignment of the Chief Justice of the Texas Supreme Court. *See* TEX. GOV'T CODE ANN. § 74.003(a) (West 2013).